UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                Plaintiff,

      -against-

CORRECTION OFFICER JOHN DOE, et al.,

               Defendants.

1:20-CV-5792 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued August 3, 2020, dismissing this action without prejudice as duplicative,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to Plaintiff's litigation in the pending action, *Fredricks v. Correction Officer John Doe,* 1:20-CV-5738. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 3, 2020
         New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge